JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

KEITH G. GIFFORD,                     )   No. EDCV 09-00728-SS
                                      )
                Plaintiff,            )
                                      )   **JUDGMENT**
          v.                          )
                                      )
MICHAEL J. ASTRUE,                    )
Commissioner of the Social            )
Security Administration,              )
                                      )
                Defendant.            )
_____)


        IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.


DATED:   February 8, 2010.

                                    /S/
                          _____
                          SUZANNE H. SEGAL
                          UNITED STATES MAGISTRATE JUDGE